IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

REBECCA LANDRUM,                      *
                                      *
       Plaintiff,                     *
                                      *
       v.                             *
                                      *        CV 122-090
ANTHEM BLUE CROSS/BLUE SHIELD,        *
                                      *
       Defendant.                     *
                                      *
                                      *

ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 12.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA